| | |
|---|---|
| Name | Maria Crimi Speth |
| Bar # | 012574 |
| Firm | Jaburg & Wilk, P.C. |
| Address | 3200 North Central Avenue |
| | Suite 2000 |
| | Phoenix, Arizona  85012 |
| Telephone | 602-248-1089 |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

ANTHROP, LLC,

    Plaintiff,

vs.

ANTHROPIC, PBC, et al.,

    Defendant.

**Case No.**

**Corporate Disclosure Statement**

This Corporate Disclosure Statement is filed on behalf of Anthrop, LLC in compliance with the provisions of: *(check one)*

[✔] Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

[ ] Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

[ ] Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

**The filing party hereby declares as follows:**

[✔] No such corporation.

[ ] Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below. *(Attach additional pages if needed.)*

[ ] _____ Relationship_____

Publicly held corporation, not a party to the case, with a financial interest in the outcome. *List identity of corporation and the nature of financial interest. (Attach additional pages if needed.)*

_____ Relationship_____

[ ] Other(please explain)

_____

_____

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

Dated this  21  day of  February , 2023 .

/s/Maria Crimi Speth
_____
Counsel of Record

Certificate of Service:

- 2 -