1  Eric M. Fraser, 027241
2  Phillip W. Londen, 032488
   OSBORN MALEDON, P.A.
3  2929 North Central Avenue, Suite 2000
   Phoenix, AZ 85012
4  (602) 640-9000
5  efraser@omlaw.com
   plonden@omlaw.com
6
7  Clement S. Roberts (admitted pro hac vice)
   Nathan Shaffer (admitted pro hac vice)
8  ORRICK HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
9  405 Howard Street
   San Francisco, CA 94105-2669
10 (415) 773-5700
   croberts@orrick.com
11 nshaffer@orrick.com

12 Attorneys for Defendants

13
                UNITED STATES DISTRICT COURT
14
                     DISTRICT OF ARIZONA
15

16 | Anthrop, LLC, a Texas Limited Liability | No. CV-23-00314-PHX-SMB |
   | Company d/b/a Anthropic A.I. | |
17 | | **JOINT NOTICE OF** |
18 | Plaintiff, | **SETTLEMENT** |
   | v. | |
19 | | |
20 | Anthropic, PBC, Delaware Corporation, | |
   | Dario Amodei, an Individual, and | |
21 | Daniela Amodei, an Individual, | |
22 | Defendants. | |

23     Pursuant to LRCiv 40.2(d), the parties jointly notify the Court that they have
24 reached an agreement to resolve the case.  The parties anticipate filing the dismissal
25 papers under Fed. R. Civ. P. 41(a) by May 18, 2023, and ask that the Court vacate all
26 deadlines pending dismissal.

27
28

DATED this 19th day of April, 2023.

OSBORN MALEDON, P.A.

By  s/ Phillip W. Londen
   Eric M. Fraser
   Phillip W. Londen
   2929 North Central Avenue, Ste. 2000
   Phoenix, AZ 85012-2793

ORRICK HERRINGTON & SUTCLIFFE LLP
   Clement S. Roberts (admitted pro hac vice)
   Nathan Shaffer (admitted pro hac vice)
   The Orrick Building
   405 Howard Street
   San Francisco, CA 94105-2669

Attorneys for Defendants

JABURG & WILK, P.C.

By s/ Maria Crimi Speth (with permission)
   Maria Crimi Speth, Esq.
   mcs@jaburgwilk.com
   Aaron K. Haar, Esq.
   akh@jaburgwilk.com
   3200 N. Central Ave., Suite 2000
   Phoenix, Arizona 85012

Robert H. Thornburg (admitted pro hac vice)
RThornburg@AllenDyer.com
ALLEN DYER DOPPELT + GILCHRIST PA
1221 Brickell Ave., Suite 2400
Miami, Florida 33131

Attorneys for Plaintiff