# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Anthrop LLC, | No. CV-23-00314-PHX-SMB |
| Plaintiff, | **ORDER** |
| v. | |
| Anthropic PBC, et al., | |
| Defendants. | |

The Court having considered the parties' Stipulation for Voluntary Dismissal with Prejudice (Doc. 24) and good cause appearing,

**IT IS HEREBY ORDERED** granting the Stipulation. This case is dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

Dated this 9th day of May, 2023.

Honorable Susan M. Brnovich
United States District Judge